NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DEXCOM, INC.,**
*Appellant*

**v.**

**WAVEFORM TECHNOLOGIES, INC.,**
*Appellee*

---

2018-1752, 2018-1753

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2016-01679, IPR2016-01680.

---

**JUDGMENT**

---

GREGORY A. CASTANIAS, Jones Day, Washington, DC, argued for appellant. Also represented by DAVID B. COCHRAN, CALVIN GRIFFITH, Cleveland, OH; MATTHEW JOHNSON, JOSHUA R. NIGHTINGALE, Pittsburgh, PA; SCOTT E. DAVIS, JOHN D. VANDENBERG, Klarquist Sparkman, LLP, Portland, OR.

SCOTT D. EADS, Schwabe, Williamson & Wyatt, Portland, OR, argued for appellee. Also represented by

NICHOLAS (NIKA) FREMONT ALDRICH, JR., SARA KOBAK, JASON ADAM WRUBLESKI.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, CLEVENGER, and O'MALLEY, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>April 3, 2019</u>       <u>/s/ Peter R. Marksteiner</u>
Date       Peter R. Marksteiner
Clerk of Court